NOE GUZMAN
7407 Lynwood Way
Highland, CA   92346
909-732-9323

FILED
MAY 19 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Attorneys for Debtors in Pro Per

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NOE GUZMAN<br>XXX-XX-1840<br><br>                Debtors. | CASE NO. 6:14-bk-15848-MJ<br><br>CERTIFICATE OF SERVICE<br><br>341A Hrg   : June 16, 2014<br>Time       : 9:00 am<br>Location   : 3801 University Ave.,<br>             Rm.101, Riverside, CA<br><br>Confirm Hrg: June 16, 2014<br>Time       : 1:30 pm<br>Location   : 3420 Twelfth Street,<br>             Crtrm 301, Riverside |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Tehachapi, County of Kern; and my business address is 1238 Miranda Court, Tehachapi, California   93561.

On May 15, 2014, I served the following entitled document(s):

- **DEBTORS' CHAPTER 13 PLAN, (ON THE CH 13 TRUSTEE, THE UNITED STATES TRUSTEE AND ALL CREDITORS;**

CERTIFICATE OF SERVICE

1

1  [  ]    **(BY EXPRESS MAIL)** I caused an envelope to be deposited with the United States Post Office with postage thereon fully prepaid.

2

3  [ X ]    **(BY FIRST CLASS MAIL)** I mailed in Tehachapi, California,
4  with first class postage thereon fully prepaid, on April 25, 2014,
5  FOR FIRST CLASS DELIVERY TO:
6  **SEE ATTACHED MAILING LIST.**

7

8  [  ] **PERSONAL SERVICE**      [ x ]    **SERVICE BY MAIL**

9  
10      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This
11  declaration is executed in Tehachapi, California, on May 15, 2014.

12

13
14                          _____
                            HOLMES REYNOLDS, Declarant
15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

2

Ch 13 Trustee, Rod Danielson
3787 University Avenue
Riverside, CA 92501

United States Trustee
3801 University Avenue Ste 720
Riverside, CA 92501-3200

Midland Funding/GE Money Bnk
Harris/McElroy/Graves/Etseil/Brown
10601-G Tierrasanta Blvd Ste 4540
San Diego, CA 92124

Discover Financial Services LLC
Acct 3277
Post Office Box 3025
New Albany, OH 43054

GEC RB/Care Credit
Acct 1301
Post Office Box 965036
Orlando, FL 32896

KOHLS/CAPONE
Acct 2639
Post Office Box 3115
Milwaukee, WI 53201

MediCredit Corp/Beaver Med Grp
Acct 3152
1801 California Avenue
Corona, CA 92881

Metro Rep /Loma Linda Univ BMC
Acct 7697
Post Office Box 1357
Corona, CA 92878

Portfolio Recovery/US Bank Nat'l Assoc
Acct 6602
120 Corporate Blvd Ste 100
Norfolk, VA 23502

CHASE
Acct 6893
Post Office Box 24696
Columbus, OH 43224

Capital 1 Polaris
Acct 0426
Post Office Box 30253
Salt Lake City, UT 84130

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101

CA Franchise Tax Board
Bankruptcy Section MS A-340
Post Office Box 2952
Sacramento, CA 95812